D.I. # _____

# CIVIL ACTION
# NUMBER: _____06cv563SLR_____

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 1.83 |
| Certified Fee | 2.40 |
| Return Receipt Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.08 |

Postmark Here — RODNEY SQ STA WILMINGTON DE 19801, OCT 25 2006, USPS

Sent To: LOREN MEYERS DEPUTY ATTORNEY GENERAL
Street, Apt. No.; or PO Box No.: DEPARTMENT OF JUSTICE
City, State, ZIP+4: 820 N. FRENCH STREET WILMINGTON, DE 19801

7005 1820 0004 3149 5435

PS Form 3800, June 2002    See Reverse for Instructions

D.I. # _____

# CIVIL ACTION
# NUMBER: 06cv563SLR

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 1.83 |
| Certified Fee | 2.40 |
| Return Receipt Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.08 |

Postmark: OCT 25 2006

Sent To: WARDEN TOM CARROLL
           DELAWARE CORRECTIONAL CENTER
Street, Apt. No.; or PO Box No.: 1181 PADDOCK RD.
City, State, ZIP+4: SMYRNA, DE 19977

PS Form 3800, June 2002        See Reverse for Instructions

7005 1820 0004 3169 6428