IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **JASON C. MILLS**, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civ. Act. No. 06-563-SLR |
| | : | |
| **THOMAS CARROLL**, Warden, | : | |
| and **CARL C. DANBERG**, Attorney | : | |
| General of the State of Delaware, | : | |
| | : | |
| Respondents. | : | |

**MOTION FOR EXTENSION OF TIME**

Pursuant to Rule 6 of the Federal Rules of Civil Procedure, respondents move for an extension of time in which to file an answer to the petition. In support thereof, respondents state the following:

1. The petitioner, Jason C. Mills, has applied for federal habeas relief, challenging his June 2005 conviction by a Delaware Superior Court jury of criminal impersonation and possession of a firearm and ammunition by a person prohibited. D.I. 1. By the terms of the Court's order, the answer is due to be filed on December 11, 2006. D.I. 5.

2. Counsel has been, and continues to be, diligently working on numerous cases before this Court and the state courts. However, the workload for the Appeals Division attorneys is currently very substantial. In the past two weeks, counsel has filed two answers to habeas petitions filed in federal district court, and counsel anticipates filing another lengthy answer next week. Having recently lost another deputy in the Appeals Division, the office currently has two vacancies. As a result, reassignment to another prosecutor is not reasonably practical at this time. Counsel is doing her best to prioritize cases by date received. In light of the situation and the upcoming

holidays, additional time is needed to complete the answer and have it reviewed in the ordinary course of business.

     3.     Under Habeas Rule 4, the Court has the discretion to give respondents an extension of time exceeding the 40-day limit in Civil Rule 81(a)(2). *Clutchette v. Rushen*, 770 F.2d 1469, 1473-74 & n.4 (9th Cir. 1985); *Kramer v. Jenkins*, 108 F.R.D. 429, 431-32 (N.D. Ill. 1985). The comment to Rule 4 expressly states that the district court has "the discretion to take into account various factors such as the respondent's workload" in determining the period of time that should be allowed to answer the petition.

     4.     This is respondents' first request for an extension of time in this case.

     5.     Respondents submit that an extension of time to and including January 19, 2007, in which to file an answer is reasonable. Respondents submit herewith a proposed order.

/s/ Elizabeth R. McFarlan
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 3759

DATE: December 6, 2006

**RULE 7.1.1 CERTIFICATION**

I hereby certify that I have neither sought nor obtained the consent of the petitioner, who is incarcerated and appearing *pro se*, to the subject matter of this motion.

/s/ Elizabeth R. McFarlan
Deputy Attorney General

Counsel for Respondents

Date:  December 6, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2006, I electronically filed a motion for extension of time with attachment with the Clerk of Court using CM/ECF. I also hereby certify that on December 6, 2006, I have mailed by United States Postal Service, the same documents to the following non-registered participant:

    Jason C. Mills
    SBI No. 367691
    Delaware Correctional Center
    1181 Paddock road
    Smyrna, DE 19977

    /s/ Elizabeth R. McFarlan
    Deputy Attorney General
    Department of Justice
    820 N. French Street
    Wilmington, DE 19801
    (302) 577-8500
    Del. Bar. ID No. 3759
    elizabeth.mcfarlan@state.de.us

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **JASON C. MILLS**, | : |
| | : |
| Petitioner, | : |
| | : |
| v. | : Civ. Act. No. 06-563-SLR |
| | : |
| **THOMAS CARROLL**, Warden, | : |
| and **CARL C. DANBERG**, Attorney | : |
| General of the State of Delaware, | : |
| | : |
| Respondents. | : |

**ORDER**

This _____ day of _____, 2006,

WHEREAS, respondents having requested an extension of time in which to file an answer, and

WHEREAS, it appearing to the Court that the requested extension is timely made and good cause has been shown for the extension,

IT IS HEREBY ORDERED that respondents' answer shall be filed on or before January 19, 2007.

_____
United States District Judge