IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **JASON C. MILLS**, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civ. Act. No. 06-563-SLR |
| | : | |
| **THOMAS CARROLL**, | : | |
| Warden, and **JOSEPH R. BIDEN, III**, | : | |
| Attorney General for the State of Delaware, | : | |
| | : | |
| Respondents. | : | |

**SECOND MOTION FOR EXTENSION OF TIME TO FILE
CERTIFIED STATE COURT RECORDS**

1.   The petitioner, Jason C. Mills, has applied for federal habeas relief challenging his June 2005 conviction by a Delaware Superior Court jury of criminal impersonation and possession of a deadly weapon by a person prohibited. D.I. 1. The undersigned filed an answer to the petition on February 9, 2007. D.I. 11. The Court granted the respondents' motion for an extension of time to file certified state court records until March 2, 2007. *See* D.I. 12.

2.   Unfortunately, due to weather, illness, and work volume, counsel for respondents has been unable to obtain and copy those records. The undersigned anticipates obtaining and copying the records on or before March 19, 2007.

3.      Respondents submit that an extension of time to March 19, 2007 in which to file certified copies of the material portions of the state court records in this case is reasonable. Respondents submit herewith a proposed order.

<u>/s/ Elizabeth R. McFarlan</u>
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 3759
elizabeth.mcfarlan@state.de.us

Date:  March 1, 2007

## RULE 7.1.1 CERTIFICATION

I hereby certify that I have neither sought nor obtained the consent of the petitioner, who is incarcerated and appearing *pro se*, to the subject matter of this motion.

<u>/s/ Elizabeth R. McFarlan</u>
Deputy Attorney General

Counsel for Respondents

Date:  March 1, 2007

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **JASON C. MILLS**, | : |
| Petitioner, | : |
| v. | : Civ. Act. No. 06-563-SLR |
| **THOMAS CARROLL**, Warden, and **JOSEPH R. BIDEN, III**, Attorney General for the State of Delaware, | : |
| Respondents. | : |

## ORDER

This _____ day of _____, 2007,

WHEREAS, respondents having requested an extension of time in which to file certified state court records, and

WHEREAS, it appearing to the Court that the requested extension is timely made and good cause has been shown for the extension,

IT IS HEREBY ORDERED that certified state court records shall be filed on or before March 19, 2007.

_____
United States District Judge

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 1, 2007, I electronically filed this motion for extension of time to file certified state court records and attachments with the Clerk of Court using CM/ECF. I also hereby certify that on March 1, 2007, I have mailed by United States Service, two copies of the same documents to the following non-registered participant:

Jason C. Mills
SBI No. 367691
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

                                    /s/ Elizabeth R. McFarlan
                                    Deputy Attorney General
                                    Department of Justice
                                    820 N. French Street
                                    Wilmington, DE 19801
                                    (302) 577-8500
                                    Del. Bar. ID No. 3759
                                    elizabeth.mcfarlan@state.de.us