IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **JASON C. MILLS**, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civ. Act. No. 06-563-SLR |
| | : | |
| **THOMAS C. CARROLL**, | : | |
| Warden, and **JOSEPH R. BIDEN, III**, | : | |
| Attorney General for the State of Delaware, | : | |
| | : | |
| Respondents. | : | |

**NOTICE OF FILING OF STATE COURT RECORDS**

1. Notice is hereby given that certified copies of the following Delaware Supreme Court documents have been manually filed with the Court and are available in paper form only:

   a. Appellant's Opening Brief & Appendix (No. 484, 2005)

   b. State's Answering Brief (No. 484, 2005)

   c. Order (Apr. 17, 2006) (No. 484, 2005).

2. Notice is also hereby given that a certified copy of the Delaware Superior court Criminal Docket in ID 0403010565 has been manually filed with the Court and is available in paper form only.

/s/ Elizabeth R. McFarlan
Deputy Attorney General (Del. Bar. ID #. 3759)
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
elizabeth.mcfarlan@state.de.us

March 19, 2007

**CERTIFICATE OF SERVICE**

  I hereby certify that on March 19, 2007, I electronically filed a notice of filing of state court records with the Clerk of Court using CM/ECF and manually filed the state court records referenced therein. I also hereby certify that on March 19, 2007, I have mailed by United States Service, two copies of the notice and one copy of the documents referenced therein to the following non-registered participant:

  Jason C. Mills
  SBI No. 367691
  Delaware Correctional Center
  1181 Paddock Road
  Smyrna, DE 19977

  /s/ Elizabeth R. McFarlan
  Deputy Attorney General
  Department of Justice
  820 N. French Street
  Wilmington, DE 19801
  (302) 577-8500
  Del. Bar. ID No. 3759
  elizabeth.mcfarlan@state.de.us