IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JASON C. MILLS, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> THOMAS L. CARROLL, ) <br> Warden, and JOSEPH R. ) <br> BIDEN, III, Attorney ) <br> General of the State of ) <br> Delaware, ) <br> ) <br> Respondents. ) | Civil Action No. 06-563-SLR |

### ORDER

For the reasons set forth in the memorandum opinion issued this date, IT IS HEREBY ORDERED that:

1. Petitioner Jason C. Mills' application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is DISMISSED and the relief requested therein is DENIED. (D.I. 1)

2. The court declines to issue a certificate of appealability. See 28 U.S.C. § 2253(c)(2).

Dated: October 16, 2007

_____
UNITED STATES DISTRICT JUDGE